UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

SCOTT PIKE,

    Plaintiff,

v.                                        No.:   3:12-cv-666

AVERY JOHNSON, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the orders of this court. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

                                                  s/ Thomas W. Phillips
                                                United States District Judge

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
    CLERK OF COURT